Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
HOME LOAN SERVICES, INC. (erroneously sued as "First Franklin Loan Services"); FIRST FRANKLIN FINANCIAL CORPORATION; LASALLE BANK, N.A.; the Unnamed Trustee of the Trust named as "Franklin Mortgage Loan Trust"; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. GONZALES,<br><br>          Plaintiff,<br><br>     v.<br><br>FIRST FRANKLIN LOAN SERVICES, FIRST FRANKLIN FINANCIAL CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, LASALLE BANK, N.A., FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INTEGRA FUNDING GROUP, INC., THOMAS CRIVELLO, AMIRA SHIFFER and DOES 1-20 inclusive,<br><br>          Defendants. | Case No.: 1:09-CV-00941-AWI-GSA<br><br>Action Filed:  Filing Date<br><br>[Unlimited Jurisdiction]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144] |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiff MARIA M. GONZALES and Defendants HOME LOAN SERVICES, INC. (erroneously sued as "First Franklin Loan Services"); FIRST FRANKLIN FINANCIAL CORPORATION; LASALLE BANK, N.A.; the Unnamed Trustee of the Trust named as "Franklin Mortgage Loan Trust"; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants").

Plaintiff and Defendants, by and through their respective counsel of record herein, agree and stipulate as follows:

    A.    On or about July 1, 2009, Defendants requested of Plaintiff an extension of time to respond to Plaintiff's complaint until and including July 17, 2009.

    B.    On or about July 1, 2009, Plaintiff's counsel agreed to extend Defendants' time to respond to Plaintiff's complaint until and including July 17, 2009.

    C.    Defendants have not previously obtained any extension of time in this action.

    D.    This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties that have appeared in this action and are affected by the stipulation agree and stipulate that Defendants have until and including July 17, 2009 to respond to Plaintiff's complaint.

DATED: July 1, 2009        WOLFE & WYMAN LLP

By: /s/ Marcus T. Brown
    STUART B. WOLFE
    MARCUS T. BROWN
**Attorneys for Defendants**
**HOME LOAN SERVICES, INC. (erroneously sued as "First Franklin Loan Services"); FIRST FRANKLIN FINANCIAL CORPORATION; LASALLE BANK, N.A.; the Unnamed Trustee of the Trust named as "Franklin Mortgage Loan Trust"; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

DATED: July __, 2009        LANAHAN & REILLEY, LLP

By: /s/ Scott Steever

Attorney for Plaintiff
**MARIA M. GONZALES**

///

///

**ORDER ON STIPULATION**

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that Defendant shall have until and including July 17, 2009 to respond to the Plaintiff's Complaint in this matter.

IT IS SO ORDERED.

Dated: July 2, 2009                    /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE