IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST FRANKLIN LOAN SERVICES, et al.,<br><br>　　　　Defendants. | NO. 1:09-CV-00941-AWI-GSA<br><br>ORDER VACATING HEARING DATE OF AUGUST 31, 2009, AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant has noticed for hearing and decision a motion to dismiss.  The matter was scheduled for hearing to be held on August 31, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 17, 2009.  Plaintiff failed to do so.

　　　 Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 31, 2009, is VACATED, and no party shall appear at that time. As of August 31, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: **August 26, 2009**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE