IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. GONZALES, ) | NO. 1:09-CV-00941-AWI-GSA |
| )  Plaintiff,              ) | ORDER VACATING |
| ) | OCTOBER 19, 2009, HEARING |
| v.                         ) | DATE AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| FIRST FRANKLIN LOAN SERVICES, ) | |
| et al.,                    ) | |
| ) | |
|  Defendants.               ) | |
| _____) | |

    Defendants' motion to dismiss Plaintiff's first amended complaint has been set for hearing in this case on October 19, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 19, 2009, is VACATED, and the parties shall not appear at that time. As of October 19, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 14, 2009              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE