# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. GONZALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST FRANKLIN LOAN SERVICES,<br>et al.,<br><br>　　　　　Defendants. | NO. 1:09-CV-00941-AWI-GSA<br><br>ORDER VACATING<br>APRIL 19, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

　　Defendants' motion to dismiss and motion to strike Plaintiff's second amended complaint has been set for hearing in this case on April 19, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 19, 2010, is VACATED, and the parties shall not appear at that time.  As of April 19, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 14, 2010　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE